# United States Bankruptcy Court
## District of Nevada
### Case No. 08−25229−lbr

In re: (Name of Debtor)
    CURTIS A LEVILLIER
    17748 E KIRKWOOD DR.
    CLINTON TOWNSHIP, MI 48038

Social Security No.:
    xxx−xx−1218

## ORDER DISCHARGING CHAPTER 13 TRUSTEE

This case was converted to a Chapter 7 on 9/24/09.

IT IS ORDERED THAT Chapter 13 Trustee KATHLEEN A. LEAVITT is discharged as trustee of the estate of the above named debtor(s).

Dated: 11/19/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court